JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA VALENT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No: CV11-08383 RSWL(SHx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:    10-29-12

　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　SENIOR, U.S. DISTRICT COURT JUDGE